# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Haron Cole
                    Plaintiff,

v.                                                    Case No.: 1:25−cv−00872
                                                      Honorable Sara L. Ellis

Sepm Marketing, Inc.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2025:

    MINUTE entry before the Honorable Sara L. Ellis: Pursuant to FRCP Rule 41(a)(1)(A)(i) notice of voluntary dismissal [12] this action is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.